

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00199-CR

VICTOR MARTINEZ APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

The trial court granted Appellant Victor Martinez's motion for new trial after adjudicating him guilty of aggravated assault with a deadly weapon. An order granting a motion for new trial restores a case to its position before the former trial, and there is no longer a judgment in place. *See* Tex. R. App. P. 21.9(b). Absent a judgment of conviction, we have no jurisdiction over this appeal. *See*

---

[1]*See* Tex. R. App. P. 47.4.

*McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (holding that appellate court generally has jurisdiction to consider an appeal by a criminal defendant only when there has been a judgment of conviction). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Hicks v. State*, Nos. 05-11-01341-CR, 05-11-01342-CR, 2011 WL 6119122, *1 (Tex. App.—Dallas Dec. 9, 2011, no pet.) (mem. op., not designated for publication) (dismissing appeal after trial court adjudicated appellant's guilt but then granted new trial).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 1, 2013

2